# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **MELANIE JONES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-02903 |
| ) | |
| ) | |
| v. ) | |
| ) | |
| **COOK'S PEST CONTROL, INC., and** ) | |
| **CORPORATE REALTY** ) | |
| **MANAGEMENT, Inc.,** ) | |
| | |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal with Prejudice, filed by the parties on June 23, 2021. (ECF No. 34.) The parties have reached a resolution in this matter. Accordingly, pursuant to the Notice of Dismissal with Prejudice and Federal Rules of Civil Procedure 41(a), all claims between the parties between in connection with this matter are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees.

**IT IS SO ORDERED**, this 1st day of July, 2021.

                                                        /s/ Jon P. McCalla
                                                        JON P. McCALLA
                                                        UNITED STATES DISTRICT JUDGE